HARVEY *v*. LEWIS.

*In re* FEE FOR RECEIVER'S ATTORNEY.

APPEAL AND ERROR—BRIEFS—APPENDIX—COURT RULES—DAMAGES.
  Appellants' brief and appendix, being grossly lacking in the requirements of propriety and grossly disregarding the requirements of a fair presentation of the issues involved to. the Court, are ordered stricken and the case remanded to the circuit judge for assessment of damages (Court Rule No 70, § 5 [1945]).

Appeal from Wayne; Rashid (Joseph G.), J. Record on appeal refiled July 1, 1961. (Calendar No. 48,731.) Appeal dismissed October 6, 1961.

Bill by Sidney M. Harvey, Thermie Henkle, William T. McAlonan, Emma Moist, and others against Daniel L. Lewis, *et al.*, doing business as Lewis Bros., Brookdale Cemetery Association, Brookdale, Inc., Mt. Sinai Memorial Cemetery Association, and others, for accounting, receivership proceedings, quieting of title, cancellation of encumbrances, impressment of trust, and for other relief in connection with corporate organization and sales of property for cemetery purposes.

Objection by plaintiffs to the allowance of attorney fees in the matter of the receivership of Brookdale Cemetery Association and Brookdale, Inc., and of certain land acreage. Order allowing fees to Stan-

REFERENCES FOR POINTS IN HEADNOTES
3 Am Jur, Appeal and Error § 768 *et seq.*

ley E. Beattie, counsel for receiver. Plaintiffs appeal.

Appeal dismissed for failure to comply with order reported in 363 Mich 232, and remanded for assessment of damages.

*Walter M. Nelson* (*Burger & Sullivan* and *Frank Ianelli,* of counsel for Harvey and McAlonan, *Clarence T. Wilson,* of counsel for Henkle, Moist, and others), for plaintiffs.

. *Stanley E. Beattie,* counsel for receiver, *in propria persona* (*Thomas C. Mayer,* of counsel).

Per Curiam. Appeal dismissed for failure to comply with order of May 2, 1961, appellants' brief and appendix being grossly lacking in the requirements of propriety and grossly disregarding the requirements of a fair presentation of the issues involved to the Court. Court Rule No 70, § 5 (1945).[*] Case remanded to circuit judge for assessment of damages. *Greenough* v. *Greenough,* 354 Mich 508; *Harden* v. *Widovich,* 359 Mich 566 and 361 Mich 422. Costs to appellees.

Dethmers, C. J., and Carr, Talbot Smith, Black, Edwards, Kavanagh, and Souris, JJ., concurred.

Kelly, J., took no part in the decision of this case.

---

[*] As added October 30, 1956, to become effective January 2, 1957. See 347 Mich xxx.—Reporter.